UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KEVIN DONALD POPE,

    Petitioner,

v.

FEDERAL BUREAU OF PRISONS, et al.,

    Respondents.

Case No. 2:17-cv-00664-APG-GWF

ORDER

This case is a petition for a writ of habeas corpus under 28 U.S.C. § 2241, brought by Kevin Donald Pope, who states that he is on parole from a judgment of conviction from the United States District Court for the Southern District of Alabama in case number 85-cr-00158-001 (ECF No. 1-1). Pope's application to proceed *in forma pauperis* (ECF No. 1) shall be granted. Pope seeks to challenge the calculation of his sentence. He indicates that his current institution is the Community Corrections Center in Las Vegas, Nevada.

The court has reviewed Pope's petition pursuant to 28 U.S.C. § 2243. Pope names the Federal Bureau of Prisons and the U.S. Parole Commission as respondents. However, the proper respondent in this action is Pope's custodian, who in this case appears to be the warden or director of Community Corrections Center. *See Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989) (holding that § 2241 petitioner's "true custodian" was the warden of the federal facility where he was incarcerated). The court shall dismiss the petition and grant Pope leave to amend in order to add the proper respondent. Pope need not—and should not—resubmit the exhibits he has already

1

attached to his original petition (*see* ECF No. 1-1, pp. 10-70). If Pope fails to file an amended petition in conformance with this order, this action shall be dismissed for lack of personal jurisdiction.

**IT IS THEREFORE ORDERED** that petitioner's application to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk **SHALL DETACH AND FILE** the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the petition is **DISMISSED** WITH LEAVE TO AMEND. Within **fifteen (15) days** of the date of this order, petitioner **SHALL FILE** an amended petition adding his custodian as respondent.

**IT IS FURTHER ORDERED** that petitioner is expressly informed that failure to file an amended petition in conformance of this order will result in the dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk shall send to petitioner one copy of the papers he has submitted in this action, along with a form § 2241 petition and instructions (AO-242).

DATED: 19 April 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE