# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| KEVIN DONALD POPE,<br><br>         Petitioner,<br>  v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>         Respondents. | Case No. 2:17-cv-00664-APG-GWF<br><br>**ORDER** |

  On April 19, 2017, this court dismissed habeas petitioner Kevin Donald Pope's petition with leave to amend to add the proper respondent within fifteen (15) days of the date of the order (ECF No. 4). The proper respondent in this action is Pope's custodian, who in this case appears to be the warden or director of Community Corrections Center in Las Vegas, Nevada. *See Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989) (holding that § 2241 petitioner's "true custodian" was the warden of the federal facility where he was incarcerated). Pope was expressly advised that failure to file an amended petition in conformance with that order would result in the dismissal of this action for lack of personal jurisdiction.

  More than the allotted time has passed, and Pope has failed to file an amended petition or respond to this court's order in any way. Accordingly, the petition shall be dismissed.

  **IT IS THEREFORE ORDERED** that this habeas action is **DISMISSED** for lack of personal jurisdiction.

1

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**, as jurists of reason would not find the court's dismissal of this action to be debatable or incorrect.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: 30 May 2017.

 ANDREW P. GORDON
 UNITED STATES DISTRICT JUDGE